KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, YUHUA CHEN*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>YUHUA CHEN,<br><br>               Defendant. | **CASE NO.: 2:18-cr-00079-JAD-VCF**<br><br>**YUHUA CHEN'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT AND PROPOSED ORDER** |

COMES NOW the Defendant, YUHUA CHEN, by and through her attorney of record, KAREN A. CONNOLLY, of the law office of KAREN A. CONNOLLY, LTD., and hereby moves this Honorable Court to order that a Pre-Plea Pre-Sentence Investigation Report be prepared by the Probation Department to determine Defendant Chen's criminal history. Based upon exchanges with the government, Assistant United States Attorney Susan Cushman, the calculation of Defendant Yuhua Chen's criminal history score needs to be clarified to determine if she qualifies for safety valve treatment.

In order to help facilitate a resolution to this matter, in the interests of judicial economy, it is respectfully requested that the United States Department of Parole and Probation be directed to prepare a pre-plea presentence investigation report as soon as possible.

DATED this 7 day of June, 2018.

                                                            KAREN A. CONNOLLY
                                                            Nevada Bar No. 4240
                                                            6600 W. Charleston Blvd. Suite 124
                                                            Las Vegas, Nevada 89102-1846
                                                            Attorney for Defendant, Yuhua Chen

KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, YUHUA CHEN*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YUHUA CHEN,<br><br>Defendant. | CASE NO.: 2:18-cr-00079-JAD-VCF<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Sentence Investigation Report on Defendant Yuhua Chen.

DATED this 13th day of June, 2018.

_____
U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of Karen A. Connolly, LTD., and is a person of such age and discretion as to be competent to serve papers.

That on ~~May 31,~~ June 7, 2018, she served an electronic copy of the above and foregoing UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCING INVESTIGATION REPORT by electronic service (ECF) to the person named below:

SUSAN CUSHMAN
Assistant United States Attorney

_____
Employee of Karen A. Connolly, LTD.